Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-10-00915-CR

Thomas Theron **SNELL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 11,496
Honorable Carl Pendergrass, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Sandee Bryan Marion, Justice

Delivered and Filed:  April 20, 2011

DISMISSED

We abated this appeal and directed the trial court to conduct a hearing to determine the status of appellant's appeal. Following the trial court's status hearing, we received the findings and recommendations of the trial court. The trial court found that the appellant has abandoned his appeal by failing to comply with its prior order requiring him to pay $4,500 for the appellate record and to deposit $500 per month into the registry of the court for the services of an appellate attorney. The trial court has recommended that we dismiss appellant's appeal. This court,

having considered the documents on file and the trial court's findings and recommendations, is of the opinion that appellant's appeal should be dismissed. It is therefore ordered that this appeal is reinstated on the docket of this court and dismissed.[1] *See Cuellar v. State*, No. 13-09-00063-CR, 2010 WL 197311, at *1 (Tex. App.—Corpus Christi Jan. 21, 2010, no pet.) (mem. op., not designated for publication) (dismissing an appeal after the trial court found appellant to have abandoned his appeal).

PER CURIAM

DO NOT PUBLISH

---

[1] On April 11, 2011, we received a response from the appellant complaining about the trial court's findings and recommendations. Appellant's response, however, provides no basis to disregard the court's findings or recommendations.